FILED

2019 OCT -9 A 10: 06

MC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Anil KAPOOR,<br><br>　　　　　　　Defendant. | Case No. **'19MJ11036**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1325(a)(1)<br>Attempted Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about October 8, 2019 within the Southern District of California, defendant, Anil KAPOOR, being an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ANNA DAVALOS
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF OCTOBER 2019.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Anil KAPOOR

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) R. Moyron that defendant, Anil KAPOOR (KAPOOR) unlawfully eluded examination and inspection by immigration officers and was arrested on October 8, 2019, near Calexico, California.

On October 8, 2019, BPA J. Anderson was conducting linewatch duties approximately 9 miles west of the Calexico, California west port of entry. This area consists of agricultural fields and solar panel fields. Aliens frequently use this area to illegally enter into the United States in an attempt to hide within the solar panels or crops being cultivated to avoid being arrested.

At approximately 7:02 a.m., BPA Anderson encountered an individual walking near Highway 98 and Brockman Road which is approximately 1.73 miles north from the International Border Fence. BPA Anderson approached the individual identified himself as a BPA but was unable to completely communicate with the individual due to the fact that the individual did not speak English or Spanish. Based on the area of encounter and the subject being covered in mud, BPA Anderson suspected that the individual had entered illegally into the United States. The individual was later identified as Anil KAPOOR. BPA Anderson detained KAPOOR and transported him to the El Centro Border Patrol Station for further processing. At the station KAPOOR was interviewed in the Punjabi language

using an interpreter employed by Language Line Solutions in order to get his biographical information.

There is no evidence showing KAPOOR has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.